UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZIVA STELKIC and
PERSIDA STELKIC,

       Plaintiffs,                       Civil Action No. 15-CV-12215

vs.                                            HON. MARK A. GOLDSMITH

ALLSTATE PROPERTY & CASUALTY
INSURANCE CO.,

       Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having been advised that this matter has settled, dismisses the case with prejudice, subject to reopening within 30 days if the settlement is not consummated, or if the parties stipulate to some other order of dismissal.

SO ORDERED.

Dated: August 12, 2016              s/Mark A. Goldsmith
Detroit, Michigan                  MARK A. GOLDSMITH
                                       United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 12, 2016.

                                            s/Karri Sandusky
                                            Case Manager